UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

v.

                                        Case No. 08-cv-10374
                                        Hon. Matthew F. Leitman

EXECUTIVE CONSTRUCTION
MANAGEMENT, INC., *et al.*,

    Defendants.

_____/

**ORDER (1) DIRECTING DEFENDANTS TO PERSONALLY APPEAR FOR MOTION HEARING ON DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW (ECF No. 67) AND (2) DIRECTING DEFENDANTS' COUNSEL TO SERVE MOTION, NOTICE OF HEARING, AND THIS ORDER ON DEFENDANTS**

    Attorney Darwyn P. Fair and his law firm, Darwyn P. Fair, Law, PLLC, represent the Defendants in this action. On April 20, 2022, Fair filed a motion to withdraw as Defendants' counsel. (*See* Mot., ECF No. 67.)

    The Court has scheduled a video hearing on Fair's motion for May 18, 2022 at 10:00 a.m. (*See* Notice of Hearing, ECF No. 68.) The Notice of Hearing includes instructions on how to access the video hearing. (*See id.*) The Court **ORDERS** Fair, Plaintiffs' counsel, ***and*** all Defendants to each personally attend the video hearing on the motion to withdraw.

1

By no later than **May 2, 2022**, Fair shall serve (1) his motion to withdraw (ECF No. 67), (2) the Notice of Hearing on the motion to withdraw, and (3) this order on each Defendant by both email (if possible) and First Class Mail at Defendants' last known mailing addresses. In addition, by no later than **May 2, 2022**, Fair shall file a proof of service on the docket confirming that he has served each Defendant with the documents identified above.

    **IT IS SO ORDERED**.

Dated: April 26, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 26, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2