## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,

      Plaintiff,                     Case No. 08-cv-10374

                                             Hon. Matthew F. Leitman

v.

EXECUTIVE CONSTRUCTION
MANAGEMENT, INC., et al.,

      Defendants.

_____/

### ORDER GRANTING NORTH AMERICAN SPECIALTY INSURANCE COMPANY'S MOTION TO RENEW JUDGMENT AGAINST DEFENDANTS EXECUTIVE CONSTRUCTION MANAGEMENT, INC., JULIA L. JACKSON, AND RONALD C. JACKSON

Plaintiff having filed a Motion to Renew Judgment against Defendants, Executive Construction Management, Inc., Julia L. Jackson, and Ronald C. Jackson; the Court having held a hearing on such Motion on June 24, 2022; and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that North American Specialty Insurance Company's Motion to Renew Judgment against Defendants, Executive Construction Management, Inc., Julia L. Jackson, and Ronald C. Jackson, is granted.

**IT IS FURTHER ORDERED** that a joint and several judgment against Defendants, Executive Construction Management, Inc., Julia L. Jackson, and Ronald C. Jackson, in favor of North American Specialty Insurance Company, is hereby entered in the amount of $297,848.81.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 27, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 27, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126